IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. WILLIAMS, ) | No. C 13-02487 EJD (PR) |
| Petitioner, ) | ORDER OF TRANSFER |
| v. ) | |
| OFFICER J. SOTO, ) | |
| Respondent. ) | |

    Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction.

    Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). If the petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum. See Habeas L.R. 2254-3(b)(2); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). The petition indicates that Petitioner is confined at the California State Prison, Los Angeles in Lancaster which lies within the venue of the Western Division of the Central District of California. See 28 U.S.C. 84(c).

    Accordingly, the above-titled action is hereby TRANSFERRED to the United States District Court for the Western Division of the Central District of California.

Order of Transfer
G:\PRO-SE\EJD\HC.13\02487Williams_transfer.wpd

1  See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3.

2  The Clerk shall transfer this matter and terminate any pending motions.

4  DATED: _____7/9/2013_____   _____
                                    EDWARD J. DAVILA
5                                   United States District Judge

Order of Transfer
G:\PRO-SE\EJD\HC.13\02487Williams_transfer.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN W WILLIAMS,

        Petitioner,

  v.

J. SOTO,

        Respondent.

Case Number: CV13-02487 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/9/2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John W. Williams V34099
LOS ANGELES
METROPOLITAN DETENTION CENTER
Inmate Mail/Parcels
P.O. BOX 4670
LOS ANGELES, CA 93539

Dated: 7/9/2013

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk