1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10  JOHN W. WILLIAMS, | ) | No. CV 13-4931 PSG (FFM) |
| 11                    Petitioner, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| 12        v. | ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| 13  J. SOTO, | ) | |
| 14                    Respondent. | ) | |
| 15 | ) | |

16    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

17  and files herein, and the Report and Recommendation of the United States Magistrate

18  Judge.  Petitioner has not filed any written Objections to the Report.  The Court concurs

19  with and accepts the findings, conclusions and recommendations of the Magistrate

20  Judge.

21    IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition

22  on the merits with prejudice.

23

24  DATED: June 4, 2014

25

26

27  PHILIP S. GUTIERREZ
   United States District Judge

28