1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8          CENTRAL DISTRICT OF CALIFORNIA
9
10   JOHN W. WILLIAMS,                    )   No. CV 13-4931 PSG (FFM)
                                          )
11                       Petitioner,      )
                                          )   JUDGMENT
12          v.                            )
                                          )
13   J. SOTO,                             )
                                          )
14                       Respondent.      )
     ─────────────────────────────        )
15

16          Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

17   United States Magistrate Judge,

18          IT IS ADJUDGED that the Petition is dismissed with prejudice.

19

20   DATED: June 4, 2014

21

22

23                                        ───────────────────────────────
                                          PHILIP S. GUTIERREZ
24                                        United States District Judge

25

26

27

28